# United States Court of Appeals
## For the Eighth Circuit

————————————————

No. 16-3919

————————————————

Juana Gutierrez-Garcia

*Petitioner*

v.

Jefferson B. Sessions, III, Attorney General of the United States

*Respondent*

——————————

Petition for Review of an Order of the
Board of Immigration Appeals

——————————

Submitted: August 7, 2017
Filed: August 7, 2017
[Unpublished]

——————————

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

——————————

PER CURIAM.

Guatemalan citizen Juana Gutierrez-Garcia petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from a decision of an immigration judge (IJ), denying protection under the Convention Against Torture as well as asylum and withholding of removal. Having jurisdiction under 8 U.S.C. § 1252, this court denies the petition.

The court concludes that the IJ gave an adequate explanation for the adverse credibility determination, the determination was supported by substantial evidence, and a reasonable adjudicator would not be compelled to reach a contrary conclusion. *See Fesehaye v. Holder*, 607 F.3d 523, 526-27 (8th Cir. 2010).

The petition is denied. *See* 8th Cir. R. 47B.

_____